IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARINELLO ALESANDRO-ROBERTO,<br>　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC, et al.,<br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§　　No. 3:23-CV-0130-D<br>§<br>§<br>§<br>§ |

**ORDER**

After making an independent review of the pleadings, files and records in this case, the findings, conclusions, and recommendation of the United States Magistrate Judge dated January 19, 2023, and plaintiff's objections filed on February 8, 2023, the court finds that the findings and recommendation of the magistrate judge are correct, and they are adopted by the court.

Accordingly, plaintiff's January 18, 2023 application to proceed in district court without prepayment of fees or costs is denied. Plaintiff must pay the $402.00 filing fee no later than March 14, 2023. If he fails to do so, this action will be dismissed without prejudice.

**SO ORDERED**.

February 14, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SIDNEY A. FITZWATER
　　　　　　　　　　　　　　　　　　　SENIOR JUDGE